SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor, Esq.
California Bar No. 332334
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA L. DIAZ, | Case No. 3:20-cv-07310-VC |
| Plaintiff(s), | ~~PROPOSED~~ ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

Plaintiff, Larissa L. Diaz, and Defendant, I.Q. Data International, Inc., having filing their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

1. The stipulation is approved. This case is dismissed with prejudice with each party to bear its own attorney's fees and costs.

Dated: March 5, 2021

APPROVED
Judge Vince Chhabria

1